**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL ROWLANDS,** | ) | **CASE NO.1:06CV1514** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **MICHELLE KEETLEY,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

The Court has been advised that this action has been settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

IT IS SO ORDERED.

___9/29/06_____          __s/ Christopher A. Boyko____
Date                                      CHRISTOPHER A. BOYKO
                                              United States District Judge

Case: 1:06-cv-01514-CAB Doc #: 5 Filed: 09/29/06 2 of 2. PageID #: 50